

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Haley Brown, Appellant

No. 06-15-00072-CV      v.

RK Hall Construction, LTD., RKH Capital, LLC, and Stacy Lyon d/b/a Lyon Barricade & Construction, Appellees

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 82395). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we deny Haley Brown's petition for permissive appeal and dismiss the appeal.

We further order that the appellant, Haley Brown, pay all costs of this appeal.

RENDERED OCTOBER 15, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk